**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION,<br><br>        Adjusted Debtor. | Chapter 9<br><br>Case No. 12-43503-CEC |
| SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT, INC., DNC GAMING MANAGEMENT IN SUFFOLK LLC, and DELAWARE NORTH ISLANDIA PROPERTIES, LLC,<br><br>        Defendants. | A.P. No. 19-01133-CEC |

### DECLARATION OF DAVID G. HILLE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, David G. Hille, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a partner at White & Case LLP ("W&C"), counsel for Defendants Delaware North Companies, Inc., Delaware North Companies Gaming & Entertainment, Inc., DNC Gaming Management In Suffolk LLC, and Delaware North Islandia Properties, LLC (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the Complaint of Plaintiff Suffolk Regional Off-Track Betting Corporation ("Suffolk OTB").

2.	Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Amended and Restated Development and Management Services Agreement among Suffolk OTB, DNC Gaming Management In Suffolk, LLC, and Delaware North Companies Gaming & Entertainment, Inc., dated May 24, 2016, and the exhibits thereto.

Executed:  November 7, 2019
               New York, New York

                                          */s/ David G. Hille*
                                          David G. Hille